APPEAL,PSEUDO−GR,STAYED,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00653−RCL
### *Internal Use Only*

SEALED v. SEALED  
Assigned to: Judge Royce C. Lamberth  
Related Case: 1:25−cv−00286−RCL  
Case in other court: USCA, 25−05108  
                             USCA, 25−05215  
Cause: 28:1331 Fed. Question: Violation 5th & 8th Amendme

Date Filed: 03/06/2025  
Jury Demand: None  
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MARIA MOE**          represented by    **Alexander Shalom**  
LOWENSTEIN SANDLER  
1 Lowenstein Drive  
Roseland, NJ 07068  
862−926−2029  
Email: ashalom@lowenstein.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**  
GLBTQ LEGAL ADVOCATES & DEFENDERS  
18 Tremont Street  
Suite 950  
Boston, MA 02108  
617−426−1350  
Email: jlevi@glad.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Natalie J. Kraner**  
LOWENSTEIN SANDLER LLP  
One Lowenstein Drive  
Roseland, NJ 07068  
973−597−2500  
Email: nkraner@lowenstein.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Amy Whelan**  
NATIONAL CENTER FOR LESBIAN RIGHTS  
1401 21st St.  
Ste #11548  
Sacramento, CA 95811

415−365−1338  
Email: awhelan@nclrights.org  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**  
NATIONAL CENTER FOR LESBIAN RIGHTS  
1401 21st St.  
Ste #11548  
Sacramento, CA 95811  
415−365−1320  
Email: cstoll@nclrights.org  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**  
GLBTQ LEGAL ADVOCATES & DEFENDERS  
18 Tremont Street  
Suite 950  
Boston, MA 02108  
617−426−1350  
Email: saustin@glad.org  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **DONALD J. TRUMP**<br>*in his official capacity as President of the United States* | represented by **Alexander James Yun**<br>U.S. Department of Justice<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>202−305−8645<br>Email: Alex.Yun@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elizabeth Brooke Layendecker**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>771−217−8107<br>Email: elizabeth.b.layendecker@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**M. Jared Littman** |

        DOJ
        CIVIL, FEDERAL PROGRAMS
        1100 L Street NW
        Washington, DC 20005
        202–514–5578
        Email: jared.littman2@usdoj.gov
        *ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA J. BONDI**  represented by  **Alexander James Yun**
*in her official capacity as Attorney*  (See above for address)
*General of the United States*  *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Elizabeth Brooke Layendecker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **M. Jared Littman**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM LOTHROP**  represented by  **Alexander James Yun**
*in his official capacity as Acting Director*  (See above for address)
*of the Federal Bureau of Prisons*  *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Elizabeth Brooke Layendecker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **M. Jared Littman**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/26/2025 | 1 | COMPLAINT (Redacted) against All Defendants, filed by Maria Moe. (Attachments: # 1 Civil Cover Sheet)(BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] (Entered: 01/26/2025) |
| 01/26/2025 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge George A. OToole, Jr assigned to case. (BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 5 | MOTION to File under Seal, MOTION Proceed under Pseudonym, and MOTION for Protective Order by Maria Moe.(BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 |

| | | |
|---|---|---|
| | | (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 6 | MEMORANDUM in Support re 5 MOTION to Partially Seal, MOTION Proceed under Pseudonym, and MOTION for Protective Order filed by Maria Moe. (Attachments: # 1 Declaration of Jennifer L. Levi, # 2 Declaration of Lauren B. Meade, M.D., # 3 Proposed Order)(BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 7 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 5 Motion to Seal, 5 Motion to Proceed using Pseudonym; 5 Motion for Protective Order. The motions are granted, and the case is ordered sealed, subject to further consideration by the court. (BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 12 | Judge George A. OToole, Jr: TEMPORARY RESTRAINING ORDER, ENTERED. Motion Hearing set for 1/28/2025 at 4:00 PM in Courtroom 22 (In person only) before Judge George A. OToole Jr. (BAH) (Copy of Order provided to counsel of record by email.)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/27/2025 | 13 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Any response to the Plaintiff's 3 Emergency Motion for a Temporary Restraining Order and Preliminary Injunction is due by 1:00 PM on Tuesday, January 28, 2025. (FGD)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/27/2025) |
| 01/28/2025 | 14 | NOTICE of Appearance by John Robinson on behalf of Donald J. Trump, James R. McHenry, III, William Lothrop. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/28/2025 | 15 | NOTICE of Appearance by Jean Lin on behalf of Donald J. Trump, James R. McHenry, III, William Lothrop. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/28/2025 | 16 | NOTICE of Appearance by Rayford A. Farquhar on behalf of Donald J. Trump, James R. McHenry, III, William Lothrop. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/28/2025 | 18 | MOTION to Seal Document 17 Response to Motion, by Donald J. Trump, James R. McHenry, III, William Lothrop.(FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/29/2025 | 19 | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole, Jr: Case sealed. Motion Hearing held on 1/28/2025 re 3 Emergency Motion for a Temporary Restraining Order and Preliminary Injunction filed by Plaintiff. Current status of Plaintiff discussed. Parties to decide which documents will remain under seal. Merits argument continued to 2:00 PM on Thursday, January 30, 2025. (Court Reporter: Jamie Halpin at jkhhalpin@gmail.com.) (Attorneys present: J. Levi and S. Austin for the Plaintiff; R. Farquhar, J. Lin and J. Robinson for the Defendants.) (JMF) Modified on 2/6/2025 to correct date of hearing (JMF). [Transferred from |

4

| | | |
|---|---|---|
| | | Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/29/2025) |
| 01/29/2025 | 20 | ELECTRONIC NOTICE Setting Hearing on Motion 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction, 18 MOTION to Seal Document 17 Response to Motion, : Motion Hearing set for 1/30/2025 02:00 PM in Courtroom 22 (In person only) before Judge George A. O'Toole Jr.. (JMF) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/29/2025) |
| 01/30/2025 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Amy Whelan by Maria Moe. (Attachments: # 1 Certification of Amy Whelan). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 23 | MOTION for Leave to Appear Pro Hac Vice for admission of Natalie J. Kraner by Maria Moe. (Attachments: # 1 Certification of Natalie J. Kraner). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 24 | MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Shalom by Maria Moe. (Attachments: # 1 Certification of Alexander Shalom). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 25 | MOTION for Leave to Appear Pro Hac Vice for admission of Christopher F. Stoll by Maria Moe. (Attachments: # 1 Certification of Christopher F. Stoll). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 26 | MOTION for Leave to Appear Pro Hac Vice for admission of Sarah K. Austin by Maria Moe. (Attachments: # 1 Certification of Sarah K. Austin). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 27 | Judge George A. OToole, Jr: ORDER entered. Order to Unseal Case. The case and docket entries 1 , 2 , and 20 shall be unsealed. All other presently sealed matters shall remain sealed until further order of the Court. (FGD)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 28 | Filing fee/payment: $ 125, receipt number 100010474 for 26 MOTION for Leave to Appear Pro Hac Vice for admission of Sarah K. Austin. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 29 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 26 Motion for Leave to Appear Pro Hac Vice Added Sarah K. Austin.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

5

| | | |
|---|---|---|
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 30 | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole, Jr: Motion Hearing held on 1/30/2025 re 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction and 18 MOTION to Seal Document 17 Response to Motion. Counsel for Plaintiff and Defendants present. Current status of Plaintiff and Pro Hac Vice filings discussed. Arguments held re: 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction. Matter taken under advisement. (Court Reporter: Kelly Mortellite at mortellite@gmail.com.) (Attorneys present: S. Austin and J. Levi for the Plaintiff; R. Farquhar and J. Lin for the Defendants.) (JMF) [Transferred from Massachusetts on 2/10/2025.][Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 31 | Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* by Maria Moe. (Attachments: # 1 REDACTED Memorandum of Law in Support of Plaintiffs' Ex−Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, # 2 Declaration of Jennifer L. Levi in Support of Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction and to Proceed Under Pseudonym, Partially Seal The Record, and for a Protective Order, # 3 REDACTED Declaration of Maria Moe's Mother, # 4 Declaration of Lauren B Meade, M.D. and Curriculum Vitae)(Klein, Bennett) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 32 | MOTION to Seal ,*Proceed Under Pseudonym, and for Protective Order* by Maria Moe. (Attachments: # 1 Memorandum of Law in Support of Motion to Proceed Under Pseudonym, to Partially Seal Documents and for Protective Order, # 2 Declaration of Jennifer L. Levi in Support of Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction and to Proceed Under Pseudonym, Partially Seal The Record, and for a Protective Order, # 3 REDACTED Declaration of Maria Moe's Mother, # 4 Declaration of Lauren B Meade, M.D. and Curriculum Vitae, # 5 Proposed Order Granting Plaintiff's Motion to Proceed Under Pseudonym, to File Under Seal, and for Protective Order)(Klein, Bennett)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 33 | REPLY to Response to 31 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Maria Moe. (Klein, Bennett) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/31/2025 | 34 | **ELECTRONIC NOTICE TO COUNSEL**: Pursuant to the CM/ECF Administrative Procedures Section (G) Number (4): Any memorandum of law or other attachment filed in support of a main document shall be filed as a separate document, using the proper event. For future filings, please make sure all memorandums in support and any exhibits are filed correctly in their own separate entry from the motion. (FGD) |

| | | |
|---|---|---|
| | | [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/31/2025) |
| 01/31/2025 | 35 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Docket entries 7 , 12 , 13 , 14 , 15 , 16 , and 19 shall be unsealed. All other presently sealed matters shall remain sealed until further order of the Court. The Court acknowledges 31 Emergency Motion for Temporary Restraining Order and Preliminary Injunction and 32 Motion to Seal, Proceed Under Pseudonym, and for Protective Order as redacted versions of previously–filed documents. The Court has ruled on these Motions at 7 and 12 . (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/31/2025) |
| 02/03/2025 | 36 | NOTICE of Appearance by Sarah K Austin on behalf of Maria Moe (Austin, Sarah) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/03/2025) |
| 02/05/2025 | 37 | RESPONSE to Motion re 31 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction (redacted version of sealed response at ECF No. 17)* filed by Donald J. Trump, James R. McHenry, III, William Lothrop. (Attachments: # 1 Declaration of Rick Stover (redacted), # 2 Transgender Offender Manual 2022, # 3 Transgender Offender Manual 2018, # 4 Keohane Order)(Robinson, John) [Transferred from Massachusetts on 2/10/2025.][Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/05/2025) |
| 02/05/2025 | 39 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/05/2025) |
| 02/07/2025 | 40 | Judge George A. OToole, Jr: ORDER entered. OPINION AND ORDER. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/07/2025) |
| 02/07/2025 | 41 | Case transferred to the District in which Plaintiff is currently confined; Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (FGD) [Transferred from Massachusetts on 2/10/2025.][Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/07/2025) |
| 02/10/2025 | 45 | NOTICE of Appearance by Jessica Braverman on behalf of Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/10/2025) |
| 02/10/2025 | 46 | MOTION for Admission Pro Hac Vice for Attorney Alexander Shalom. Filing fee $ 150, receipt number [Redacted] filed by Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/10/2025) |
| 02/10/2025 | 47 | MOTION for Admission Pro Hac Vice for Attorney Natalie J. Kraner. Filing fee $ 150, receipt number [Redacted] filed by Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/10/2025) |
| 02/11/2025 | 51 | NOTICE of Appearance by Ann M Bildtsen on behalf of Donald J Trump, James R. McHenry, III, William Lothrop. (kt) Document QC'd on 2/27/2025 (JME). [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: |

7

| | | |
|---|---|---|
| | | 02/11/2025) |
| 02/14/2025 | 52 | Motion Regarding Continued Sealing 45 Notice of Appearance, 50 Order on Motion for Pro Hac Vice, 49 Temporary Restraining Order, 51 Notice of Appearance, 43 Notice re: Non–Admitted Attorney,,,, 48 Order on Motion for Pro Hac Vice, 42 Case Transferred In – District Transfer, 44 Notice re: Removed and Transferred Cases,, filed by Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/14/2025) |
| 02/24/2025 | 54 | SEALED LETTER to District Judge by Maria Moe. (Shalom, Alexander) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/24/2025) |
| 02/24/2025 | 55 | SEALED PROPOSED ORDER TO JUDGE re Temporary Restraining Order by Maria Moe. (Shalom, Alexander) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/24/2025) |
| 02/26/2025 | 57 | SEALED Plaintiff's Motion to Transfer and Supporting Memorandum of Law by Maria Moe. (Attachments: # 1 Meet and Confer Statement Pursuant to L.Civ.R.7.1(a)(1), # 2 Proposed Order)(Braverman, Jessica) Modified text/event on 2/27/2025 (CLK). Modified text on 2/27/2025 (CLK). [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/26/2025) |
| 02/27/2025 | 58 | SEALED NOTICE by Donald J Trump, James R. McHenry, III, William Lothrop re 57 Sealed Document *Defendants' Notice of Consent to Plaintiff's Motion to Transfer Venue* (Bildtsen, Ann) Modified text on 2/27/2025 (MMP).[Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/27/2025) |
| 03/06/2025 | 60 | Case transferred in from District of [Redacted]; Case Number [Redacted]. Original file ,transfer order and docket sheet received. Modified on 4/11/2025 (znmw). (Entered: 03/06/2025) |
| 03/07/2025 | 61 | Case directly reassigned to Judge Royce C. Lamberth as related. Judge Loren L. AliKhan is no longer assigned to the case. (ztnr) (Entered: 03/10/2025) |
| 03/10/2025 | 62 | SEALED ORDER (This document is SEALED and only available to authorized persons.) See ORDER for further details. Signed by Judge Royce C. Lamberth on 3/10/2025.(zcll) (Main Document 62 replaced on 4/3/2025) (zsmc). (Entered: 03/10/2025) |
| 03/10/2025 | | Set/Reset Deadlines: Show Cause deadline as to why the case shall remain under seal due by 12:30PM EST on 3/12/2025. (zcll) (Entered: 03/10/2025) |
| 03/17/2025 | 63 | REQUEST FOR SUMMONS TO ISSUE filed by MARIA MOE. (Attachments: # 1 Summons, # 2 Summons)(zdp) (Entered: 03/21/2025) |
| 03/21/2025 | | SUMMONS (3) Issued as to PAMELA BONDI, WILLIAM LOTHROP, and U.S. Attorney. (Emailed to Attorney of Record) (zdp) (Entered: 03/21/2025) |
| 04/02/2025 | 64 | ORDER: this case is hereby UNSEALED; All parties shall use the pseudonym listed in the Complaint and redact information that would identify Plaintiff in all documents filed in this action; and this case will proceed under protective order. See Order for details. Signed by Judge Royce C. Lamberth on 4/2/2025.(smc) (Entered: 04/03/2025) |
| 04/02/2025 | | ***Case Unsealed Pursuant to 4/2/2025 Order (zdp) (Entered: 04/04/2025) |
| 04/02/2025 | 65 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to 62 Sealed Order by PAMELA J. BONDI, WILLIAM LOTHROP, DONALD J. TRUMP. |

8

| | | |
|---|---|---|
| | | Fee Status: NO Fee Paid. Parties have been notified. (zdp) Modified event on 8/22/2025 (znmw). (Entered: 04/07/2025) |
| 04/07/2025 | 66 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 65 Notice of Appeal to DC Circuit Court. (zdp) (Entered: 04/07/2025) |
| 04/09/2025 | | USCA Case Number 25−5108 for 65 Notice of Appeal to DC Circuit Court filed by DONALD J. TRUMP, PAMELA J. BONDI, WILLIAM LOTHROP. (zdp) (Entered: 04/09/2025) |
| 04/10/2025 | 67 | ORDER: this case is hereby UNSEALED; All parties shall use the pseudonym listed in the Complaint and redact information that would identify Plaintiff in all documents filed in this action; this case will proceed under protective order; and the Court's prior unsealing order 64 is amended as noted in this Order. See Order for details.(smc) (Entered: 04/10/2025) |
| 04/11/2025 | | ***Case Unsealed pursuant to 67 Order filed 4/10/2025. (znmw) (Entered: 04/11/2025) |
| 04/14/2025 | 68 | NOTICE of Appearance by Alexander Shalom on behalf of MARIA MOE (Shalom, Alexander) (Entered: 04/14/2025) |
| 04/16/2025 | 69 | NOTICE of Appearance by Alexander James Yun on behalf of All Defendants (Yun, Alexander) (Entered: 04/16/2025) |
| 04/18/2025 | 70 | NOTICE of Appearance by Jennifer Levi on behalf of All Plaintiffs (Levi, Jennifer) (Main Document 70 replaced on 4/18/2025) (zdp). (Entered: 04/18/2025) |
| 04/18/2025 | 71 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Sarah K. Austin, Filing fee $ 100, receipt number ADCDC−11627008. Fee Status: Fee Paid. by MARIA MOE. (Attachments: # 1 Declaration Declaration of Sarah K. Austin, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Levi, Jennifer) (Entered: 04/18/2025) |
| 04/30/2025 | 72 | Consent MOTION to Stay by PAMELA J. BONDI, WILLIAM LOTHROP, DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(Yun, Alexander) (Entered: 04/30/2025) |
| 05/08/2025 | 73 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Amy Whelan, Filing fee $ 100, receipt number ADCDC−11678099. Fee Status: Fee Paid. by MARIA MOE. (Attachments: # 1 Declaration of Amy Whelan, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Shalom, Alexander) (Entered: 05/08/2025) |
| 05/08/2025 | 74 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Christopher Stoll, Filing fee $ 100, receipt number ADCDC−11678126. Fee Status: Fee Paid. by MARIA MOE. (Attachments: # 1 Declaration of Christopher Stoll, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Shalom, Alexander) (Entered: 05/08/2025) |
| 05/13/2025 | 75 | ORDER: Upon consideration of the Consent Motion 72 to Stay Proceedings, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that all proceedings in this case are STAYED until September 6, 2025, except as to any motions to extend or renew the preliminary injunction, any issue that may arise from compliance with the preliminary injunction, the entry of any |

| | | |
|---|---|---|
| | | protective order, any motions to amend the complaint to add new plaintiffs and for preliminary injunctive relief regarding those plaintiffs, and other case management issues. Signed by Judge Royce C. Lamberth on 05/12/2025. (lcrcl2) (Entered: 05/13/2025) |
| 05/13/2025 | 76 | ORDER: Upon consideration of the Motion 71 for Leave to Appear Pro Hac Vice, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 05/12/2025. (lcrcl2) (Entered: 05/13/2025) |
| 05/14/2025 | 77 | ORDER: Upon consideration of the Motion 73 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 05/14/2025. (lcrcl2) (Entered: 05/14/2025) |
| 05/14/2025 | 78 | ORDER: Upon consideration of the Motion 74 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 05/14/2025. (lcrcl2) (Entered: 05/14/2025) |
| 05/15/2025 | 79 | NOTICE of Appearance by Amy Whelan on behalf of All Plaintiffs (Whelan, Amy) (Entered: 05/15/2025) |
| 05/15/2025 | 80 | NOTICE of Appearance by Christopher F. Stoll on behalf of All Plaintiffs (Stoll, Christopher) (Entered: 05/15/2025) |
| 05/15/2025 | 81 | NOTICE of Appearance by Sarah K. Austin on behalf of MARIA MOE (Austin, Sarah) (Entered: 05/15/2025) |
| 05/16/2025 | 82 | Unopposed MOTION for Preliminary Injunction *(Renewed)* by MARIA MOE. (Shalom, Alexander) (Entered: 05/16/2025) |
| 05/16/2025 | 83 | MEMORANDUM re 82 Unopposed MOTION for Preliminary Injunction *(Renewed)* by MARIA MOE. (Attachments: # 1 Text of Proposed Order)(Shalom, Alexander) (Entered: 05/16/2025) |
| 05/22/2025 | 84 | ORDER: Upon consideration of the unopposed Motion 82 for a Renewed Preliminary Injunction and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants are ENJOINED from implementing Sections 4(a) and 4(c) of Executive Order 14168 against the plaintiff from June 8, 2025 to August 23, 2025; and it is further ORDERED that, during that period, the defendants shall maintain and continue the plaintiff's housing status in women's facilities and shall continue to provide her gender dysphoria treatment as it existed immediately prior to January 20, 2025. See Order for details. Signed by Judge Royce C. Lamberth on 05/22/2025. (lcrcl2) (Entered: 05/22/2025) |
| 06/04/2025 | 85 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to 84 Order on Motion for Preliminary Injunction,, by WILLIAM LOTHROP, PAMELA J. BONDI, DONALD J. TRUMP. Fee Status: No Fee Paid. Parties have been notified. (Yun, Alexander) Modified event on 8/22/2025 (znmw). (Entered: 06/04/2025) |
| 06/05/2025 | 86 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not |

| | | |
|---|---|---|
| | | paid because the appeal was filed by the government re 85 Notice of Appeal to DC Circuit Court. (zdp) (Entered: 06/05/2025) |
| 06/09/2025 | | USCA Case Number 25−5215 for 85 Notice of Appeal to DC Circuit Court filed by DONALD J. TRUMP, PAMELA J. BONDI, WILLIAM LOTHROP. (zdp) (Entered: 06/09/2025) |
| 06/27/2025 | 87 | NOTICE of Appearance by M. Jared Littman on behalf of All Defendants (Littman, M.) (Main Document 87 replaced on 7/1/2025) (zdp). (Entered: 06/27/2025) |
| 08/18/2025 | 88 | Unopposed MOTION for Preliminary Injunction *(Renewed)* by MARIA MOE. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Alexander Shalom, # 3 Exhibit A, # 4 Text of Proposed Order)(Shalom, Alexander) (Entered: 08/18/2025) |
| 08/19/2025 | 89 | Consent MOTION to Stay *Proceedings* by PAMELA J. BONDI, WILLIAM LOTHROP, DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(Yun, Alexander) (Entered: 08/19/2025) |
| 08/20/2025 | 90 | ORDER: Upon consideration of the unopposed Motion 88 for a Renewed Preliminary Injunction and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants are ENJOINED from implementing Sections 4(a) and 4(c) of Executive Order 14168 against the plaintiff from August 23, 2025 to November 21, 2025; and it is further ORDERED that, during that period, the defendants shall maintain and continue the plaintiff's housing status in women's facilities and shall continue to provide her gender dysphoria treatment as it existed immediately prior to January 20, 2025. See Order for details. Signed by Judge Royce C. Lamberth on 08/20/2025. (lcrcl1) (Entered: 08/20/2025) |
| 08/20/2025 | 91 | ORDER granting 89 Motion to Stay. All proceedings in this case are STAYED until November 21, 2025, except as stated herein. Signed by Judge Royce C. Lamberth on 08/20/2025. (lcrcl1) (Entered: 08/20/2025) |
| 08/21/2025 | 92 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to 90 Order,, by WILLIAM LOTHROP, PAMELA J. BONDI, DONALD J. TRUMP. Fee Status: No Fee Paid. Parties have been notified. (Yun, Alexander) Modified event on 8/22/2025 (znmw). (Entered: 08/21/2025) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA MOE,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-653 |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order on August 20, 2025 granting Plaintiffs' Motion for a Renewed Preliminary Injunction. (ECF No. 90).

Dated: August 21, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Alexander J. Yun*
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARIA MOE,**

          *Plaintiff,*

v.

**DONALD TRUMP,** *in his official capacity as* President of the United States, *et al.,*

          *Defendants.*

Case No. 1:25-cv-00653-RCL

### ORDER GRANTING PRELIMINARY INJUNCTION

This Court entered a preliminary injunction in this dispute on May 22, 2025 [ECF No. 84]. The injunction will expire on August 23, 2025.

On August 18, 2025, the plaintiff moved for the Court to enter a new preliminary injunction, providing the same relief as in the May 22 injunction, to begin on August 23, 2025, and end on November 21, 2025. The defendants do not oppose the plaintiff's motion for a renewed preliminary injunction. There are no newly discovered factual circumstances that necessitate a reassessment of this Court's prior holding that the plaintiff has met her burden for preliminary injunctive relief or a reevaluation of the terms of that relief. Plaintiff continues to meet her burden to prove preliminary injunctive relief is warranted.

Therefore, upon consideration of Plaintiff's Motion for Renewed Preliminary Injunction and the entire record herein, it is hereby

**ORDERED** that the plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against plaintiff for the period of August 23, 2025 to November 21, 2025; and it is further

**ORDERED** that, for the period of August 23, 2025 to November 21, 2025, the defendants shall maintain and continue plaintiff's housing status in a women's facility and shall continue to

1

provide her gender dysphoria treatment as it existed immediately prior to January 20, 2025.

In accordance with the Prison Litigation Reform Act, the Court finds that this preliminary injunction is narrowly drawn, extends no further than necessary to correct the harm that the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm. 18 U.S.C. § 3626(a)(2). Plaintiff has shown a substantial likelihood of success on her claim that implementation of sections 4(a) and 4(c) is or would be unlawful and is causing or would cause her immediate, irreparable harm. Because applying Sections 4(a) and 4(c) to Plaintiff would cause this serious and irreparable harm, a preliminary injunction preventing the implementation of those sections is necessary to correct the harm and is the least intrusive means necessary to do so. Furthermore, because this preliminary injunction prevents the implementation of only those sections of the Order for which Plaintiff has demonstrated a likelihood of success on the merits and immediate, irreparable harm if a preliminary injunction is not entered, this order extends no further than necessary to correct the harm that requires this preliminary relief.

Finally, this Court has considered any adverse impact on public safety or on the operation of the criminal justice system caused by this relief and has given substantial weight to such impacts. *Id.* After this consideration, the Court has concluded and so finds that no adverse impacts on public safety or the operation of the criminal justice system will result from maintaining the status quo of Plaintiff's medical care and housing status while this litigation proceeds.

IT IS SO ORDERED.

Date: August 20, 2025
11:45 a.m.

_____
Royce C. Lamberth
United States District Judge

2